FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB - 8 2013
CENTRAL DISTRICT OF CALIFORNIA
BY shy                    DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ALBERTO DOMIGUEZ,<br>　　　Plaintiff,<br>　　v.<br>GARDEN GROVE HYUNDAI, et al.,<br>　　　Defendants. | Case No. SACV 13-00052 RGK (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT the complaint is dismissed for lack of jurisdiction.

Dated: February 7, 2013

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB - 8 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY