FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB -8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY shy    DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ALBERTO DOMIGUEZ, | Case No. SACV 13-00052 RGK (AN) |
| Plaintiff, | |
| v. | JUDGMENT |
| GARDEN GROVE HYUNDAI, et al., | |
| Defendants. | |

IT IS HEREBY ADJUDGED AND DECREED THAT the complaint is dismissed for lack of jurisdiction.

Dated: February 7, 2013

*(signature)*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY    DEPUTY